IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASON SHEETS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  07-2243 CM |
| ) | |
| ) | |
| MASONRY & GLASS SYSTEMS, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW THE plaintiff and for his cause of action against the defendant alleges and states as follows:

1. That plaintiff is a resident of Overland Park, Johnson County, Kansas.

2. That defendant is a corporation organized in accordance with Kansas law with its principle place of business in Overland Park, Johnson County, Kansas.

3. That plaintiff began working for defendant on March 28, 2006 as a glazier.

4. That plaintiff was satisfactorily performing his job, and was commended on his work by his employer on April 28, 2006.

5. That plaintiff was to be eligible for health insurance from defendant on May 1, 2006 and was told that he could cancel his other health insurance.

6. That plaintiff was then told that he was being terminated on May 2, 2006 and would not have any health insurance provided by defendant.

7. That at the time of his employment with defendant, plaintiff suffered from glumerulonephritis, a progressive kidney disease.

8. That plaintiff is a individual with a disability because his glomerulonephritis materially effects major life activities.

9. That plaintiff was performing the essential functions of his job when he was terminated.

10. That defendant discriminated against plaintiff in violation of the Americans with Disabilities Act, 42 U.S.C.A. §12112, because of plaintiff's medical condition and the anticipated high medical costs associated with it.

11. That as a direct result of defendant's discrimination, plaintiff has been damaged and seeks compensatory damages, back pay, front pay, and attorney fees.

12. That the actions of defendant were wilful, entitling plaintiff to an award of punitive damages.

13. That plaintiff timely filed a complaint with the Equal Employment Opportunity Commission and received his right to sue on April 19, 2007.

WHEREFORE, plaintiff prays for judgment against defendant and that he be provided reasonable compensation as provided by statute, for his costs, and for such other and further relief as the Court may deem just, fair and equitable.

Respectfully Submitted,
HILL, BEAM-WARD, KRUSE
WILSON, & WRIGHT, LLC

/s/ Mark Beam-Ward
MARK BEAM-WARD, KS #10071
8695 College Boulevard, Suite 200
Overland Park, Kansas 66210
(913) 339-6888
(913) 339-9653 (Fax)
mbeamward@hbwkwlaw.com
ATTORNEYS FOR PLAINTIFF